UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                               Case No. 20-CR-30

DAVID QUINONES-QUINONES, et al.,

          Defendants.

## ORDER

On March 16, 2020, Attorney Jose Franco-Rivera filed a notice of appearance on behalf of defendant David Quinones-Quinones. (ECF No. 251.) Four days later, Attorney Franco-Rivera filed a notice indicating he was also representing defendants Hector Yamil Rodriguez-Rodriguez (ECF No. 274) and Vladimir Rodriguez-Rodriguez (ECF No. 275), brothers who are charged in the same matter with defendant Quinones-Quinones.

On March 24, 2020, the government moved to disqualify Attorney Franco-Rivera from representing the Rodriguez-Rodriguez brothers. (ECF No. 279.) When confronted with join representation,

> [t]he court must promptly inquire about the propriety of joint representation and must personally advise each defendant of the right to

the effective assistance of counsel, including separate representation. Unless there is good cause to believe that no conflict of interest is likely to arise, the court must take appropriate measures to protect each defendant's right to counsel.

Fed. R. Crim. P. 44(c).

On March 26, 2020, the court held a telephonic conference with counsel for the government, Attorney Franco-Rivera, and the Rodriguez-Rodriguez brothers' respective appointed attorneys to address the joint representation. Based on the statements of counsel at the hearing, it is clear that neither Rodriguez-Rodriguez brother has actually retained Attorney Franco-Rivera to represent him.

Vladimir Rodriguez-Rodriguez has never spoken to Attorney Franco-Rivera. When his appointed counsel informed him that Attorney Franco-Rivera had filed a notice to appear on his behalf, Vladimir Rodriguez-Rodriguez stated he wanted his appointed attorney to continue to represent him. Therefore, as regards Vladimir Rodriguez-Rodriguez, Attorney Franco-Rivera's notice of appearance (ECF No. 275) is stricken. Attorney Martin Pruhs will continue to represent him.

However, according to Attorney Franco-Rivera, he has spoken with Hector Yamil Rodriguez-Rodriguez, who indicated a desire to have him represent him. At the hearing, Patrick Cafferty, appointed counsel for Hector Yamil Rodriguez-Rodriguez stated that, so far, he has not been able to contact his client and confirm whether he wished to have Attorney Franco-Rivera represent him. Following the hearing, Attorney

Cafferty submitted a letter stating that he was finally able to contact his client and "Mr. Rodriguez-Rodriguez asked that I convey to the Court that he wishes to have me remain as his attorney. He does not intend to retain any other attorney to represent him." (ECF No. 284.)

In light of this additional information, as regards Hector Yamil Rodriguez-Rodriguez, Attorney Franco-Rivera's notice of appearance (ECF No. 274) is stricken. Attorney Patrick Cafferty will continue to represent him.

**IT IS THEREFORE ORDERED** that Attorney Franco-Rivera's notices of appearance on behalf of defendants Hector Yamil Rodriguez-Rodriguez (ECF No. 274) and Vladimir Rodriguez-Rodriguez (ECF No. 275) are stricken.

**IT IS FURTHER ORDERED** that the government's motion to disqualify Attorney Franco-Rivera from representing multiple defendants (ECF No. 279) is dismissed as moot.

Dated at Milwaukee, Wisconsin this 27th day of March, 2020.

_William E. Duffin_
WILLIAM E. DUFFIN
U.S. Magistrate Judge